GEORGE HAZELRIGG *v.* J. W. PRATER, ETC.

**Bills and Notes—Payment and Discharge—Confederate Currency.**

A payment on a note in confederate currency, made and accepted within the military lines of the confederate states is valid.

APPEAL FROM MORGAN CIRCUIT COURT.

April 11, 1871.

OPINION BY JUDGE HARDIN:

The evidence sustains the conclusion that the plaintiff's intestate, Thomas H. Hazelrigg, while residing at Whitville, Virginia, in 1862, received of William Lykins, through George Cox in Virginia, $494, or about that sum, in confederate currency, as a payment on the notes sued on in this action.

This payment, so made and accepted, within the military lines of the confederate states, was a valid payment of the promised sum so received, according to reported decisions of this court; and the judgment rendered for the plaintiff seems to embrace the full amount of the balance due upon the notes.

Wherefore the judgment is affirmed.

*Hazelrigg, for appellant.*

*Botts, for appellee.*